**FILED**

05/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0154

# IN THE SUPREME COURT OF THE STATE OF MONTANA

|  |  |
|---|---|
| DEBRA ANN CHRISTIAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CLIFFORD CHRISTIAN, | Case No.: DA-22-0154 |
| Plaintiff / Appellant, vs. | |
| UNITED FIRE & CASUALTY COMPANY, | **ORDER** |
| Defendant / Appellee. | |

Appellant Debra Ann Christian, as Personal Representative of the Estate of Clifford Christian, having filed an *Unopposed Motion for Extension* within which to file Appellant's Opening Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED. Appellant's Opening Brief is due July 9, 2022.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 24 2022